PROMINENT FOLDING BOX CO., INC., Respondent, v. RICH & McLEAN, INC., Appellant.— Upon this record, the verdict of the jury herein is excessive. Judgment reversed and a new trial ordered, with costs to appellant to abide the event,

unless plaintiff stipulates to reduce the verdict to the sum of $3,000; in which event the judgment as so modified is affirmed, without costs. Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

PROMINENT FOLDING BOX CO., INC., Respondent, v. RICH & MCLEAN, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.